UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| NILFISK-ADVANCE, INC., | Court File No. 0:13-cv-00951-ADM-JSM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| EDIC, INC., | **WITHOUT PREJUDICE** |
| Defendant. | |

Nilfisk-Advance, Inc. hereby provides notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that it dismisses its Complaint in the above-entitled action without prejudice. Each party shall bear its own costs and fees.

DATED**:**  June 3, 2013.                                **LINDQUIST & VENNUM L.L.P.**

By:   s/Christopher R. Smith
David A. Allgeyer (No. 12042x)
dallgeyer@lindquist.com
Christopher R. Smith (No. 340157)
csmith@lindquist.com
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 *facsimile*

**ATTORNEYS FOR PLAINTIFF
NILFISK-ADVANCE, INC.**